NORTHERN TEXAS TRACTION CO. v. McMURRAY.

(Court of Civil Appeals of Texas. Texarkana. Nov. 7, 1911. Rehearing Denied Nov. 9, 1911.)

APPEAL AND ERROR (§ 832*)—REHEARING— GROUNDS—DEFECT IN RECORD.

Under amended rule 22 (135 S. W. 369), which provides that "All will be expected, before submission, to see that the transcript of the record is properly prepared, and the mere failure to observe omission or inaccuracies therein will not be admitted, after submission, as a reason for correcting the record or obtaining a rehearing," a rehearing will not be granted to correct the record by certified copy showing the entry of judgment as to another party.

[Ed. Note.—For other cases, see Appeal and Error, Dec. Dig. § 832.*]

On motion for rehearing. Denied.

For former opinion, see 140 S. W. 478.

LEVY, J. Appellant seeks to obtain a rehearing and correct the record through certified copy showing the entry of the judgment as to Ralston. Amended rule 22 (135 S. W. 369), in force prior to the time of the submission of the cause, provides: "All will be expected, before submission, to see that the transcript of the record is properly prepared, and the mere failure to observe omissions or

inaccuracies therein will not be admitted, after submission, as a reason for correcting the record or obtaining a rehearing."

The motion is denied.